```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

MICHAEL D. PENNINGTON,

        Plaintiff,

   v.

CAMDEN COUNTY JAIL,

        Defendant.

Civil Action
No. 16-7447 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

    Plaintiff Michael D. Pennington seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

    Plaintiff did not complete the application. This matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a completed IFP application.

    An appropriate order follows.


**October 20, 2016**          **s/ Jerome B. Simandle**
Date                          JEROME B. SIMANDLE
                                  Chief U.S. District Judge